# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0847
Lower Tribunal No. 2013-CF-004513-A-O

_____

GOSSET NOVA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Luis F. Calderon and Leticia Marques, Judges.

June 16, 2026

PER CURIAM.

AFFIRMED.

WOZNIAK, MIZE and PRATT, JJ., concur.


Blair Allen, Public Defender, and Terrence E. Kehoe, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Robin A. Compton, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED